## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:15CR228** |
| vs. | |
| ANTHONY D. JOHNSON, | **ORDER** |
| Defendant. | |

Defendant Anthony D. Johnson appeared before the court on June 14, 2018 on a Second Amended Petition for Offender Under Supervision [109]. The court will dismiss the Amended Petition for Offender Under Supervision [94] pursuant to the government's oral motion and proceed with the Second Amended Petition [109]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Lecia E. Wright. Through his counsel, the defendant waived his right to a probable cause hearing on the Second Amended Petition for Offender Under Supervision [109] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1.    The Amended Petition for Offender Under Supervision [94] is dismissed on the oral motion of the government.

2.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 21, 2018 at 9:00 a.m. The defendant must be present in person.

3    The defendant, Anthony D. Johnson, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

4.    The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

5. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 15th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge